# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| E. S. WELCH, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv344-D |
| | ) WO |
| PROBATE COURT OF ESCAMBIA | ) |
| COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The court finds from an examination of the complaint in this case that the balance of convenience clearly weighs in favor of transfer and that the appropriate venue is the Southern District of Alabama, rather than this district.  See 28 U.S.C. § 1404(a). Accordingly, it is CONSIDERED and ORDERED

that this case be and the same is hereby TRANSFERRED to the United States District Court for the Southern District of Alabama.  The clerk is DIRECTED to take the necessary steps to effect the transfer.

Done this 21st day of April, 2005.

           /s/ Ira DeMent
          SENIOR UNITED STATES DISTRICT JUDGE